In re:          Case No. 21-08003-SHG

ZARIA GENELL CARTER         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4     User: admin     Page 1 of 2
Date Rcvd: Feb 09, 2022     Form ID: 318     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ZARIA GENELL CARTER, 43289 W. KIMBERLY ST., MARICOPA, AZ 85138-8214 |
| 16571972 | + | Bellco Credit Union, Attn: Bankruptcy, PO Box 2062, Glen Burnie MD 21060-2062 |
| 16571973 | + | Bonnett, Fairbourn, Friedman & Balint, c/o First Technology Federal Credit Unio, 2325 E. Camelback Rd., Suite 300, Phoenix AZ 85016-9074 |
| 16571980 | | Superior Court of Arizona, Pinal County, Re Case #: C20203855, 971 N Jason Lopez Cir, Bldg A, Florence AZ 85132 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBJMULLEN.COM | Feb 10 2022 03:18:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| smg | | EDI: AZDEPREV.COM | Feb 10 2022 03:18:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16571974 | + | EDI: CCS.COM | Feb 10 2022 03:18:00 | Credit Collection Serv, Po Box 607, Norwood MA 02062-0607 |
| 16571975 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2022 22:21:00 | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 16571976 | | Email/Text: BankruptcyNotices@firsttechfed.com | Feb 09 2022 22:20:00 | First Tech Fcu, 1011 Sunset Bv, Rocklin CA 95765 |
| 16571978 | + | EDI: NFCU.COM | Feb 10 2022 03:18:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna VA 22180-4907 |
| 16571977 | | EDI: NFCU.COM | Feb 10 2022 03:18:00 | Navy Federal Cr Union, 1 Security Place, Merrifield VA 22116 |
| 16571981 | + | EDI: USAA.COM | Feb 10 2022 03:18:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio TX 78288-1600 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16571979 | | Rashad Wright, Unknown |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| EMILY ELIZABETH ZOBEL | on behalf of Debtor ZARIA GENELL CARTER ezobel@majorslawgroup.com ecfnotice@majorslawgroup.com,majorsdr89540@notify.bestcase.com,jocelyn@majorslawgroup.com,dominic@majorslawgroup.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | ZARIA GENELL CARTER | Social Security number or ITIN   xxx–xx–6631 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Arizona | | |
| Case number:   4:21–bk–08003–SHG | | |

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ZARIA GENELL CARTER
aka ZARIA SPRATLEY

2/9/22                                                                                  **By the court:**   Scott H. Gan
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**